2018 SEVENTH AVE., INC., Respondent, v. NACH-HAUS LEASING CORPORATION, Appellant.

Reported below, 264 App. Div. 834.
Submitted October 5, 1942; decided October 15, 1942.

*David Seid* for motion.

*T. E. Purcell* opposed.

Motion granted and appeal dismissed with costs and ten dollars costs of motion unless appellant serves and files undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied. (See 289 N. Y. 490, 761.)